O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MAYORGA, III,<br><br>              Petitioner,<br><br>    vs.<br><br>LINDA SANDERS, WARDEN,<br><br>             Respondent. | CASE NO. CV 07-04948 SVW (RZ)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 12/4/00

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE