O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MAYORGA, III, | CASE NO. CV 07-04948 SVW (RZ) |
| Petitioner, | JUDGMENT |
| vs. | |
| LINDA SANDERS, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RODOLFO MAYORGA III for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 12/4/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE